ORIGINAL

FILED

03/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0146

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0146

MAR 2 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MARRIAGE OF:

BENJAMIN DAVID MARTIN,

    Petitioner and Appellant,

and

BRANDI WILLIAMS, F/K/A BRANDI MARTIN,

    Respondent and Appellee.

ORDER

Appellant Benjamin David Martin has filed a motion for a 10-day extension of time to select a mediator in this matter. The motion is unopposed. Good cause appearing.

IT IS HEREBY ORDERED that the parties have until April 8, 2024, to select a mediator. If a mediator is not selected, one will be assigned by the Clerk of the Supreme Court pursuant to M. R. App. P. 7(4)(b).

The Clerk is directed to provide a copy of this Order to Benjamin David Martin and all counsel of record.

DATED this ___ day of March, 2024.

For the Court,

Chief Justice